# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 17-08260 JMC |
| **Case Name:** | Katherine M. Hensley |
| **Period Ending:** | 12/31/18 |

| | |
|---|---|
| **Trustee:** (340210) | John J. Petr |
| **Filed (f) or Converted (c):** | 10/31/17 (f) |
| **§341(a) Meeting Date:** | 12/18/17 |
| **Claims Bar Date:** | 03/21/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Huntington National Bank ckg acct #5665 | 356.00 | 0.00 | | 0.00 | FA |
| 2 | Normal household goods and furnishings | 1,050.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 650.00 | 0.00 | | 0.00 | FA |
| 4 | DVD's and Books | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Costume jewelry, watches, rings. | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2016 federal and state tax refunds | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2016 Chevrolet Cruze, 9,100 miles | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2015 Chevrolet Spark, 32,500 miles | 4,185.00 | 0.00 | | 0.00 | FA |
| 11 | Cat | 10.00 | 0.00 | | 0.00 | FA |
| 12 | 2017 federal and state tax refunds prorated to  (u) the date of bankruptcy | 2,000.00 | 2,000.00 | | 2,011.92 | FA |
| **12** | **Assets**          **Totals**  (Excluding unknown values) | **$8,396.00** | **$2,000.00** | | **$2,011.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

Preparation of TFR.

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 17-08260 JMC | **Trustee:**    (340210)    John J. Petr |
| **Case Name:** | Katherine M. Hensley | **Filed (f) or Converted (c):** 10/31/17 (f) |
| | | **§341(a) Meeting Date:**    12/18/17 |
| **Period Ending:** | 12/31/18 | **Claims Bar Date:**    03/21/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |

**Initial Projected Date Of Final Report (TFR):**  June 30, 2018          **Current Projected Date Of Final Report (TFR):**  June 30, 2019

| | |
|---|---|
| January 30, 2019 | /s/ John J. Petr |
| Date | John J. Petr |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-08260 JMC | Trustee: | John J. Petr (340210) |
|---|---|---|---|
| Case Name: | Katherine M. Hensley | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***2762 | Blanket Bond: | $42,291,316.00 (per case limit) |
| Period Ending: | 12/31/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/18 | {12} | Katherine Hensley | 2017 state refund | 1224-000 | 36.92 | | 36.92 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 26.92 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16.92 |
| 04/27/18 | {12} | United States Treasury | 2017 federal tax refund | 1224-000 | 1,975.00 | | 1,991.92 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,981.92 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,971.92 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,961.92 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,951.92 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,941.92 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,936.92 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,931.92 |

| Account ******1666 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 2,011.92 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 9 | Adjustments Out | 80.00 |
| | Subtotal | 2,011.92 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 80.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 2,011.92 | | | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-08260 JMC |
| **Case Name:** | Katherine M. Hensley |
| **Taxpayer ID #:** | **-***2762 |
| **Period Ending:** | 12/31/18 |

| | |
|---|---|
| **Trustee:** | John J. Petr (340210) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1666 - Checking Account |
| **Blanket Bond:** | $42,291,316.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 2,011.92 |
|---|---|---|
| | Net Estate : | $2,011.92 |

**Case Totals**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | 0  Checks | 0.00 |
| 2 | Deposits | 2,011.92 | 9  Adjustments Out | 80.00 |
| 0 | Interest Postings | 0.00 | 0  Transfers Out | 0.00 |
| | Subtotal | 2,011.92 | | |
| | | | Total | 80.00 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | 2,011.92 | Net Total Balance | 1,931.92 |

_____
January 30, 2019
Date

_____
/s/ John J. Petr

John J. Petr